**DISMISS and Opinion Filed May 25, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00406-CV**

## IN THE ESTATE OF FLOYD CLEVENGER, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-18-02474-1**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

Although appellant filed a notice of appeal in the trial court on May 13, 2022, it was not filed in this Court until May 2, 2023. Because almost one year had lapsed since appellant filed the notice of appeal in the trial court and no record has been filed or inquiry been made regarding the appeal, the Court questioned whether appellant desired to pursue the appeal. By order dated May 3, 2023, the Court cautioned appellant that it would dismiss the appeal unless she provided written notification within ten days that she intended to pursue the appeal. To date, appellant has not communicated with the Court. Accordingly, we dismiss the appeal. TEX. R. APP. P. 42.3(c).

/Robert D. Burns, III//

230406f.p05

ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE ESTATE OF FLOYD
CLEVENGER, DECEASED

No. 05-23-00406-CV

On Appeal from the Probate Court
No. 1, Dallas County, Texas
Trial Court Cause No. PR-18-02474-
1.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.


Judgment entered this 25th day of May, 2023.